**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CHRISTOPHER SNIDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-08-254-M |
| | ) |
| UNITED STATES DEPARTMENT OF JUSTICE, et. al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On October 6, 2008, United States Magistrate Judge Valerie Couch issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, seeking damages for alleged constitutional violations committed by defendants. The Magistrate Judge recommends that plaintiff's Amended Complaint be dismissed without prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Magistrate Judge further recommends that the dismissal be counted as a "prior occasion" or "strike" pursuant to 28 U.S.C. § 1915(g) after the plaintiff has exhausted or waived his right to appeal. The Magistrate Judge also recommends that the plaintiff's: Motion for Subpoena for Court Documents for Preliminary Hearing [docket no. 9], Motion to Subpoena Witnesses [docket no. 10], Motion to Produce Evidence for Use at Preliminary Hearing [docket no. 11], Motion to Subpoena Evidence [docket no. 12], Motion to Subpoena Court Documents [docket no. 36], Motion to Subpoena Documents [docket no. 37], and Motion to Subpoena Reports [docket no. 38] all be denied as moot. The parties were advised of their right to object to the Report and Recommendation by October 27, 2008. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on October 6, 2008;

(2) GRANTS the motion to dismiss the Amended Complaint for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

(3) ORDERS that the dismissal be counted as a "prior occasion" or "strike" pursuant to 28 U.S.C. § 1915(g) after the plaintiff has exhausted or waived his right to appeal;

(4) DENIES as MOOT plaintiff's: Motion for Subpoena for Court Documents for Preliminary Hearing [docket no. 9], Motion to Subpoena Witnesses [docket no. 10], Motion to Produce Evidence for Use at Preliminary Hearing [docket no. 11], Motion to Subpoena Evidence [docket no. 12], Motion to Subpoena Court Documents [docket no. 36], Motion to Subpoena Documents [docket no. 37], and Motion to Subpoena Reports [docket no. 38].

This Order effectively terminates this action in this Court.

**IT IS SO ORDERED this 4th day of November, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE